UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 09-21303-WCH |
| JOHN F. GILL, ) |  |
| ) |  |
| Debtor ) |  |

**MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER ON UNITED STATES TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 7 CASE FOR ABUSE UNDER SECTION 707(b)(1) AND (2)(A) AND/OR (b)(3)(B)**

The United States Trustee hereby requests that this Court enter the accompanying Stipulation and Agreed Order on U.S. Trustee's Motion to Dismiss Debtor's Chapter 7 Case for Abuse under Section 707(b)(1) and (2)(A) and/or (b)(3)(B) (the "Agreed Order") and cancel the March 25, 2010 hearing scheduled on the U.S. Trustee's Motion to Dismiss Debtor's Chapter 7 Case for Abuse under Section 707(b)(1) and (2)(A) and/or (b)(3)(B)  ("Motion to Dismiss"). As set forth in the Agreed Order, the above captioned debtor, John F. Gill ("Debtor") has assented to dismissal of his Chapter 7 case under Section 707(b)(1)(2)(A).

Accordingly, the United States Trustee requests entry of the Agreed Order and further requests cancellation of the March 25, 2010 hearing on the Motion to Dismiss.

**PRAYER**

**WHEREFORE**, the United States Trustee prays that the Court i) enter the accompanying Agreed Order, ii) enter an order cancelling the March 25, 2010 hearing on the Motion to Dismiss, and iii) grant all such other and further legal and equitable relief

which may be just and proper.

                                        Respectfully submitted,

                                        John P. Fitzgerald, III,

                                        Acting United States Trustee

By:   */s/ Jennifer L. Hertz*
       Jennifer L. Hertz  BBO#645081
       United States Department of Justice
       John W. McCormack Post Office and Courthouse
       5 Post Office Square, Suite 1000
       Boston, MA 02109
       PHONE:       (617) 788-0412
       FACSIMILE:  (617) 565-6368
       Jennifer.L.Hertz@usdoj.gov

Dated: March 16, 2010

## CERTIFICATE OF SERVICE

      I certify that on March 16, 2010, true and correct copies of the foregoing motion (and related agreed order) were served via CM/ECF only upon the individuals registered with the Clerk, including Debtor's counsel and the Chapter 7 Trustee, who are listed below.

      Respectfully submitted,

      John P. Fitzgerald, III,

      Acting United States Trustee

By:    */s/ Jennifer L. Hertz*
      Jennifer L. Hertz  BBO#645081
      United States Department of Justice
      John W. McCormack Post Office and Courthouse
      5 Post Office Square, Suite 1000
      Boston, MA 02109
      PHONE:      (617) 788-0412
      FACSIMILE:  (617) 565-6368
      Jennifer.L.Hertz@usdoj.gov

Dated: March 16, 2010

Christopher M. Lefebvre
The Law Offices of Claude Lefebvre
P.O. Box 479
Pawtucket, RI 02862
(Debtor's Counsel)

John Aquino
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(Chapter 7 Trustee)